**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MELISSA M. MEYERS<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 20-12587-PMM |

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    MELISSA M. MEYERS
    4543 PEARCE STREET
    PHILADELPHIA, PA  19124

B. and by electronic service only:

Creditor

    JPMORGAN CHASE BANK
    3415 VISION DR
    MAIL CODE OH4-7142
    COLUMBUS, OH  43219

Debtor's Attorney

    CIBIK LAW, P.C.
    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated: 7/16/2025

    /s/ Kenneth E. West
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee